IN THE MATTER OF THE PETITION FOR REINSTATEMENT OF PHILIP ALLEN DAVIS TO THE BAR OF MARYLAND

\*
\*
\*
\*
\*
\*

IN THE

SUPREME COURT

OF MARYLAND

AG No. 3

September Term, 2025

## ORDER

Upon consideration of the petition for reinstatement and Bar Counsel's response to the petition for reinstatement, it is this 25th day of July 2025, by the Supreme Court of Maryland,

ORDERED that the petition is granted; and it is further

ORDERED that Philip Allen Davis is reinstated as a member of the Bar of Maryland; and it is further

ORDERED that the Clerk of the Court shall give notice of this Order in accordance with Rule 19-761.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk